# Nebraska Court of Appeals Memorandum Opinions
## NOT Selected for Posting to Court Website

## (released the week prior to November 2, 2021)

The following memorandum opinions were filed by the Nebraska Court of Appeals and can be viewed using SSCALES:

None Available

The above-listed memorandum opinions can be viewed online through the appellate court case search available by subscription through Nebraska.gov: http://www.nebraska.gov/subscriber/.

Current subscribers to Nebraska.gov can search appellate court cases here: https://www.nebraska.gov/courts/sccales/.